George F. Elliott, Respondent, v. William W. Niles and Henry B. Johnson, Copartners, etc., Appellants.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence does not warrant a finding that more than ten days were necessarily spent in the business of the reference, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $200; in which event the judgment as modified is unanimously affirmed, without costs. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Lena Kaufman, as Administratrix, etc., of Frederick Kaufman, Deceased, Appellant, v. Abraham C. Hopper, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Mary Ludlam, Respondent, v. Henry A. Ludlam and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Mary Ludlam, Respondent, v. Clara Bloodgood and Others, Appellants. — Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Hyman Marklowitch, Respondent, v. Braine Goodfriend, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Antonio Cincotta, Appellant, Impleaded with Another.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered upon the ground that the evidence fails to establish the guilt of the defendant. Jenks, P. J., Carr and Stapleton, JJ., concurred; Burr and Rich, JJ., dissented.

The People of the State of New York, Respondent, v. Giovanni Manghavita, etc., Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Stapleton, J., dissented.

Marvin Shiebler, Respondent, v. Suffolk Gas and Electric Light Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Cornelius B. Tiger, Respondent, v. De Laval Separator Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

William J. Allgaier, Appellant, v. Cohen, Frank & Company and Others, Respondents.— Motion granted, without costs, and order amended so as to provide that the service of the said bill must be made within ten days from the date of the service of the amended order. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Michael Crotty, Respondent, v. Erie Railroad Company, Appellant.— Motions for reargument and for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Lillian Dashby, Appellant, v. Herbert Dashby, Respondent.— Motion denied, on condition that plaintiff perfect her appeal, place the case on the